No. 762. MEMPHIS NATURAL GAS CO. ET AL. *v.* STATE TAX COMMISSION.

January 8, 1945. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Underwood Typewriter Co.* v. *Chamberlain,* 254 U. S. 113, 119–21; *Memphis Natural Gas Co.* v. *Beeler,* 315 U. S. 649, 656; *International Harvester Co.* v. *Wisconsin Department of Taxation,* 322 U. S. 435, 441–42. *Messrs. Marcellus Green, E. R. Holmes,* and *Garner W. Green* for appellants.